# UNITED STATES DISTRICT COURT
### for the
Eastern District of North Carolina

*FILED IN OPEN COURT*
*ON 1-22-19 BC*
*Peter A. Moore, Jr., Clerk*
*US District Court*
*Eastern District of NC*

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  7:18-cr-184-3FL |
| | ) | |
| ERICA SHORANDA SATCHELL | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: U.S. Courthouse<br>413 Middle Street<br>New Bern, NC 28560 | Courtroom No.:  Hearing Room - 1st Floor |
|---|---|
| | Date and Time:  1/28/19 0930 AM |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:  _____01/22/2019_____

_____
*Judge's signature*

Robert B. Jones, Jr., U.S. Magistrate Judge
_____
*Printed name and title*