# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.

**ERICA SHORANDA SATCHELL**

WARRANT FOR ARREST

CRIMINAL CASE: 7:18-CR- 00184-3FL(3)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**ERICA SHORANDA SATCHELL** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information __ Complaint

____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 21 U.S.C. § 846: Conspiracy to distribute and possess with the intent to distribute methamphetamine
Count 4 - 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2: Distribute a quantity of methamphetamine; and aiding and abetting

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

November 7, 2018 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED 11/08/18 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 01/22/19 | R. Medlin, DEA | S. Tanner, USMS |

FILED

JAN 2 2 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK