IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

No. 7:18-CR-00184-FL-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| ERICA SHARONDA SATCHELL | ) | |

Please take notice that Dhamian A. Blue of Blue LLP, 205 Fayetteville Street, Suite 300, Raleigh, North Carolina, 27601, now appears on behalf of Defendant Erica Sharonda Satchell in the above-captioned case.

Date: January 23, 2019

Respectfully submitted,

By: /s/ *Dhamian A. Blue*
Dhamian A. Blue
BLUE LLP
205 Fayetteville Street, Suite 300
Raleigh, North Carolina 27601
Tel: (919) 833-1931
Fax: (919) 833-8009
dab@bluellp.com
State Bar No. 31405
*CJA Appointed Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019, I served the foregoing *Notice of Appearance* on all counsel of record via the CM/ECF system.

*/s/Dhamian A. Blue*
Dhamian A. Blue
