IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

No. 7:18-CR-00184-FL-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERICA SHARONDA SATCHELL | ) | |

For good cause shown, the Defendant's Motion to Continue Arraignment is hereby GRANTED. Arraignment is continued to that term of criminal court commencing on May 14, 2019. Because the ends of justice served by this motion outweigh the best interests of the public and the Defendant in a speedy trial, such period of delay resulting from this continuance shall be excluded pursuant to 18 U.S.C. §3161(h)(8)(A).

SO ORDERED.

Date: 3/12/2019

LOUISE WOOD FLANAGAN
United States District Court Judge