IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

No. 7:18-CR-00184-FL-3

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| ERICA SHARONDA SATCHELL | ) |  |

For good cause shown, the Defendant's Motion to Seal is hereby GRANTED.

The Clerk of Court is hereby directed to seal the document filed at DE 123.

SO ORDERED.

Date: September 30, 2019

LOUISE WOOD FLANAGAN
United States District Court Judge